[No. 10187.   Department Two.   April 15, 1913.]

THE STATE OF WASHINGTON, *on the Relation of Chicago, Milwaukee and Puget Sound Railway, Plaintiff*, v. THE SUPERIOR COURT FOR KING COUNTY, *Respondent.*[1]

Application filed in the supreme court February 14, 1912, for a writ of mandamus to compel the superior court for King county, Gilliam, J., to exercise jurisdiction in certiorari proceedings.   Denied.

*Geo. W. Korte* and *F. M. Dudley*, for relator.

*C. Dell Floyd*, for respondent.

PER CURIAM—This is an application for a writ of mandamus, praying that the superior court of King county be directed to take and exercise jurisdiction upon an application for a writ of certiorari. The questions involved are identical with those presented in *State ex rel. Chicago, M. & P. S. R. v. Superior Court*, ante p. 33, 131 Pac. 466. On the authority of the opinion in that action, the writ is denied.

---

[No. 10744.   Department One.   April 28, 1913.]

THE CITY OF SPOKANE, *Respondent*, v. J. W. WILSON, *Appellant.*[2]

Appeal from a judgment of the superior court for Spokane county, Hinkle, J., entered May 23, 1912, upon a trial and conviction of violating a city ordinance.   Affirmed.

*B. M. Branford* and *John M. Gleeson*, for appellant.

*H. M. Stephens, Wm. E. Richardson*, and *Arthur L. Hooper*, for respondent.

PER CURIAM.—The facts in this case are identical with the facts in *Spokane v. Lemon*, ante p. 248, 131 Pac. 853, and for the reasons there stated, the judgment is affirmed.

[1]Reported in 131 Pac. 468.

[2]Reported in 131 Pac. 856.